**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**ORDER**

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed.  The time for filing an opposition or statement of support has passed.  As the judge assigned to case

4:23-cv-00460-DMR
United States of America v. GoodRx Holdings, Inc.

| Case | Title | Related | Not Related |
|------|-------|---------|-------------|
| 3:23-cv-00501-LB | Jane Doe v. GoodRx Holdings, Inc., et al | | X |
| 4:23-cv-00744-KAW | John Doe v. GoodRx Holdings, Inc., et al | | X |

**ORDER**

**I reviewed the motion and determined that the more recently filed cases are not related to the case assigned to me.  Cases are not related and no reassignments shall occur.**

Dated:  March 2, 2023                     By: _____
                                          Donna M. Ryu
                                          United States Magistrate Judge

1