Michael J. Shipley (SBN 233674)
mshipley@kirkland.com
KIRKLAND & ELLIS LLP
555 South Flower Street, Suite 3700
Los Angeles, California 90071
Telephone:   (213) 680-8400
Facsimile:   (213) 680-8500

*Attorneys for Defendant*
*GoodRx Holdings, Inc.*

[Additional Attorneys Listed on Signature Page]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOODRX HOLDINGS, INC., CRITEO CORP., META PLATFORMS, INC., AND GOOGLE LLC,<br><br>Defendants. | Case No. 3:23-CV-00501-VC<br><br>Judge:            Vince Chhabria<br>Courtroom:   5, 17th Floor<br><br>**STIPULATION AND [PROPOSED] SCHEDULING ORDER**<br><br><br>Complaint Filed:  February 2, 2023 |
| JOHN DOE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOODRX HOLDINGS, INC., CRITEO CORP., META PLATFORMS, INC., AND GOOGLE LLC,<br><br>Defendants. | Case No. 3:23-CV-00744-VC<br>Complaint Filed:  February 17, 2023<br><br>Judge:            Vince Chhabria<br>Courtroom:   5, 17th Floor |
| JOSE MARQUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOODRX HOLDINGS, INC., META PLATFORMS, INC., AND GOOGLE LLC, and CRITEO CORP.,<br><br>Defendants. | Case No. 3:23-CV-00940-VC<br>Complaint Filed:  March 2, 2023<br><br>Judge:            Vince Chhabria<br>Courtroom:   5, 17th Floor |

| | |
|---|---|
| HOLLIS WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>GOODRX HOLDINGS, INC., CRITEO CORP., META PLATFORMS, INC., AND GOOGLE LLC,<br><br>Defendants. | Case No. 4:23-CV-1293-DRM<br>Complaint Filed:  March 20, 2023<br><br>Magistrate Judge:    Donna M. Ryu<br>Courtroom:    4, 3rd Floor |
| E.C., individually and on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>GOODRX HOLDINGS, INC., CRITEO CORP., META PLATFORMS, INC., AND GOOGLE LLC,<br><br>Defendants. | Case No. 3:23-CV-01508<br>Complaint Filed:  March 30, 2023<br><br>Magistrate Judge:    Donna M. Ryu<br>Courtroom:    4, 3rd Floor |

Pursuant to Civil Local Rule 6-1(a), Plaintiffs Jane Doe, John Doe, Jose Marquez, Hollis Wilson, and E.C. (collectively, "Plaintiffs") and Defendants GoodRx Holdings, Inc. ("GoodRx"), Criteo Corporation ("Criteo"), Meta Platforms, Inc. ("Meta"), and Google LLC ("Google") (collectively "Defendants" and collectively with Plaintiffs, the "Parties"), through their respective attorneys, hereby stipulate as follows:

**WHEREAS**, Plaintiff Jane Doe filed a putative class action in this District captioned *Jane Doe v. GoodRx Holdings, Inc.*, No. 3:23-CV-00501 (N.D. Cal.), on February 2, 2023 (the "*Jane Doe* Action");

**WHEREAS**, Plaintiff John Doe filed a putative class action in this District captioned *John Doe v. GoodRx Holdings, Inc.*, No. 3:23-CV-00744 (N.D. Cal.), on February 17, 2023 (the "*John Doe* Action");

**WHEREAS**, Plaintiff Jose Marquez filed a putative class action in this District captioned *Marquez v. GoodRx Holdings, Inc.*, No. 3:23-CV-00940 (N.D. Cal.), on March 3, 2023 (the "*Marquez* Action");

**WHEREAS,** on March 8, 2023, Plaintiff *Jane Doe* filed an administrative motion to consider whether the *John Doe* Action and *Marquez* Action should be related to the *Jane Doe* Action;

1

**WHEREAS**, on March 14, 2023, Plaintiffs Jane Doe, John Doe, and Jose Marquez jointly filed a motion to consolidate the *Jane Doe* Action, *John Doe* Action, and *Marquez* Action;

**WHEREAS**, on March 20, 2023, Magistrate Judge Beeler entered an Order finding the *John Doe* Action and *Marquez* Action to be related to the *Jane Doe* Action;

**WHEREAS**, on March 20, 2023, Plaintiff Hollis Wilson filed a putative class action in this District captioned *Wilson v. GoodRx Holdings, Inc.*, Case No. 4:23-cv-01293 (N.D. Cal.) (the "*Wilson* Action");

**WHEREAS**, on March 30, 2023, Plaintiff E.C. filed a putative class action in this District captioned *E.C. v. GoodRx Holdings, Inc.*, Case No. 3:23-cv-01508 (N.D. Cal.) (the "*E.C.* Action");

**WHEREAS**, the *Wilson* Action and *E.C.* Action were filed as related matters to the *Jane Doe* Action, and neither Wilson nor E.C. oppose the motion to consolidate all aforementioned related matters;

**WHEREAS**, Defendants' answers or other responses to the *Jane Doe* and *John Doe* Complaints are currently due on April 13, 2023;

**WHEREAS**, Defendants' answers or other responses to the *Wilson* Action are currently due on May 23, 2023;

**WHEREAS**, Defendants' answers or other responses to the *Marquez* Action are currently due on May 30, 2023;

**WHEREAS**, Defendants have not yet been served in the *E.C.* Action and thus there is presently no deadline to respond to the *E.C.* complaint;

**WHEREAS**, Defendants do not oppose the motion for consolidation;[1]

**WHEREAS**, the Parties have met and conferred and hereby agree that in light of the likely consolidation of the aforementioned matters, Defendants' deadlines to respond to the complaints should be extended as set forth below;

**WHEREAS**, the stipulated extension and schedule does not affect any other existing date or deadline.

---

[1]  By consenting to consolidation, Defendants do not waive service with respect to the *E.C.* Action, nor do they waive any right to compel arbitration.

STIPULATION AND [PROPOSED] SCHEDULING ORDER                    CASE NO. 3:23-cv-00744-VC

Accordingly, **IT IS HEREBY STIPULATED AND AGREED** between the Parties, subject to Court approval, that:

1.      If the Court grants Plaintiffs' unopposed motion for consolidation, Plaintiffs shall promptly confer on a leadership structure and file a stipulation or motion to determine interim class counsel within 14 days after entry of an order consolidating the actions.

2.      A Consolidated Class Action Complaint shall be filed 30 days after entry of an order appointing interim class counsel in the consolidated action.

3.      Defendants shall not be required to respond to the complaint in any action consolidated into the consolidated action, other than the Consolidated Class Action Complaint.

4.      Defendants shall have 45 days from the filing of the Consolidated Class Action Complaint to respond to the complaint, including to file any motion(s) to dismiss, or to file any motion(s) to compel arbitration and/or motion(s) to stay litigation pending arbitration against any or all named plaintiff(s).

5.      If a Defendant files a motion to compel arbitration as to any plaintiff, that plaintiff will have 14 days to serve jurisdictional discovery on that Defendant relating to that motion.

6.      Plaintiffs' response to any motion to dismiss the Consolidated Class Action Complaint or motion to stay pending arbitration shall be due 30 days after the motion is filed; for motions to compel arbitration, any plaintiff's response will be due 30 days after jurisdictional discovery is completed.

7.      Replies in support of any motion to compel arbitration, motion to dismiss, or motion to stay pending arbitration shall be due 21 days after the response is filed.

**IT IS SO STIPULATED.**

DATED:  April 7, 2023

Respectfully submitted,

/s/ Robert C. Schubert

Robert C. Schubert #62684
Willem F. Jonckheer #178748
Amber L. Schubert #278696
**SCHUBERT JONCKHEER & KOLBE LLP**
2001 Union Street, Suite 200

3

San Francisco, CA 94123
Telephone:     (415) 788-4220
Facsimile:     (415) 788-0161
rschubert@sjk.law
wjonckheer@sjk.law
aschubert@sjk.law

Christian Levis (*pro hac vice*)
Amanda Fiorilla (*pro hac vice*)
Rachel Kesten (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone:     (914) 997-0500
Facsimile:     (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com
rkesten@lowey.com

*Attorneys for Plaintiff JANE DOE*

DATED:  April 7, 2023

/s/ Mark L. Javitch

Mark L. Javitch (CA SBN 323729)
mark@javitchlawoffice.com
Javitch Law Office
3 East 3rd Ave., Suite 200
San Mateo, CA  94401
Telephone:     (650) 781-8000
Facsimile:     (650) 648-0705

Thomas A. Zimmerman, Jr. (*pro hac vice)*
tom@attorneyzim.com
Zimmerman Law Offices, P.C.
77 W. Washington Street, Suite 1220
Chicago, Illinois 60602
Telephone:     (312) 440-0020
Facsimile:     (312) 440-4180

*Attorneys for Plaintiff JOHN DOE*

DATED:  April 7, 2023

/s/ L. Timothy Fisher

L. Timothy Fisher (SBN 191626)
Jenna L. Gavenman (SBN 348510)
**BURSOR & FISHER, P.A.**
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone:     (925) 300-4455
Facsimile:     (925) 407-2700
E-mail: ltfisher@bursor.com

4

E-mail: jgavenman@bursor.com

*Attorneys for Plaintiff JOSE MARQUEZ*

DATED:  April 7, 2023

/s/ Michael J. Shipley

Michael J. Shipley (SBN 233674)
mshipley@kirkland.com
**KIRKLAND & ELLIS LLP**
555 South Flower Street, Suite 3700
Los Angeles, California 90071
Telephone:   (213) 680-8400
Facsimile:   (213) 680-8500

Olivia Adendorff (*pro hac vice*)
olivia.adendorff@kirkland.com
**KIRKLAND & ELLIS LLP**
4550 Travis Street
Dallas, TX  75205
Telephone:     (214) 972-1758
Fascimile:     (214) 972-1771

Martin L. Roth (*pro hac vice*)
martin.roth@kirkland.com
Alyssa C. Kalisky (*pro hac*)
alyssa.kalisky@kirkland.com
**KIRKLAND & ELLIS LLP**
300 N. LaSalle
Chicago, IL 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200

*Attorneys for Defendant
GOODRX HOLDINGS, INC.*

DATED:  April 7, 2023

/s/ Darcy C. Harris

Lauren R. Goldman (*pro hac vice*)
lgoldman@gibsondunn.com
Darcy C. Harris (*pro hac vice*)
dharris@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166
Telephone:     (212) 351-4000
Facsimile:     (212) 351-4035

Elizabeth K. Mccloskey (268184)
emccloskey@gibsondunn.com
Abigail A. Barrera (301746)
abarrera@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000

5

San Francisco, CA 94105
Telephone:     (415) 393-4622
Facsimile:     (415) 801-7389

ANDREW M. KASABIAN (313210)
akasabian@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071 USA
Telephone:     (213) 229-7311
Facsimile:     (213) 229-6311

Michael G. Rhodes (116127)
rhodesmg@cooley.com
Kyle C. Wong (224021)
kwong@cooley.com
Caroline A. Lebel (340067)
clebel@cooley.com
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:     (415) 693-2000
Facsimile:     (415) 693-2222

*Attorneys for Defendant*
*META PLATFORMS, INC.*
*(formerly known as Facebook, Inc.)*

DATED:  April 7, 2023          */s/ Tenaya Rodewald*

Tenaya Rodewald, Cal. Bar No. 248563
**SHEPPARD, MULLIN, RICHTER &**
**HAMPTON LLP**
1540 El Camino Real Suite 120
Menlo Park, California 94025-4111
Telephone:     (650) 815-2600
Facsimile:     (650) 815-2601
Email: trodewald@sheppardmullin.com

Thomas Dillickrath, *pro hac vice* forthcoming
**SHEPPARD, MULLIN, RICHTER &**
**HAMPTON LLP**
2099 Pennsylvania Avenue, NW, Suite 100
Washington, D.C. 20006-6801
Telephone:     (202) 747-1900
Facsimile:     (202) 747-1901
Email: tdillickrath@sheppardmullin.com

Sarah A. K. Blitz, Cal. Bar No. 280118
**SHEPPARD, MULLIN, RICHTER &**
**HAMPTON LLP**
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422

6

Telephone:    (213) 620-1780
Facsimile:    (213) 620-1398
Email: sblitz@sheppardmullin.com

*Attorneys for Defendant CRITEO CORP.*

DATED:  April 7, 2023                    */s/Bendict Y. Hur*

Benedict Y. Hur (SBN: 224018)
Simona Agnolucci (SBN: 246943)
Eduardo E. Santacana (SBN: 281668)
Tiffany Lin (SBN: 321472)
Yuhan Alice Chi (SBN: 324072)
**WILLKIE FARR & GALLAGHER LLP**
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone:    (415) 858-7400
Facsimile:    (415) 858-7599
bhur@willkie.com
sagnolucci@willkie.com
esantacana@willkie.com
tlin@willkie.com
ychi@willkie.com

*Attorneys for Defendant GOOGLE LLC*

DATED:  April 7, 2023                    */s/ Jonathan Shub*

Jonathan Shub #237708
Benjamin F. Johns (*pro hac vice* forthcoming)
Samantha E. Holbrook (*pro hac vice* forthcoming)
**SHUB LAW FIRM LLC**
134 Kings Highway E
Haddonfield, NJ 08033
Telephone:    (856) 772-7200
Facsimile:    (856) 210-9088
jshub@shublawyers.com
bjohns@shublawyers.com
sholbrook@shublawyers.com

*Counsel for Plaintiff*
*HOLLIS WILSON*

DATED:  April 7, 2023                    */s/  Israel David*

Israel David
israel.david@davidllc.com
Blake Hunter Yagman**\***
blake.yagman@davidllc.com
**ISRAEL DAVID LLC**

7

17 State Street, Suite 4010
New York, New York 10004
Telephone:    (212) 739-0622
Facsimile:    (212) 739-0628

*Pro Hac Vice Admission Pending*

*Attorneys for Plaintiff E.C.*

/s/ Rebecca M. Hoberg

Rebecca M. Hobert
rhoberg@moyalawfirm.com
**MOYA LAW FIRM**
1300 Clay Street, Suite 600
Oakland, California 94612
Telephone:    (510) 926-6521

*Local Counsel for Plaintiff E.C.*

8

I, Michael J. Shipley, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Scheduling Order. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that counsel listed above has concurred in this filing.

DATED:  April 7, 2023

/s/ Michael J. Shipley

Michael J. Shipley (SBN 233674)
mshipley@kirkland.com
KIRKLAND & ELLIS LLP
555 South Flower Street, Suite 3700
Los Angeles, California 90071
Telephone:  (213) 680-8400
Facsimile:   (213) 680-8500

STIPULATION AND [PROPOSED] SCHEDULING ORDER                                  CASE NO. 3:23-cv-00744-VC

**CERTIFICATE OF SERVICE**

On April 7, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all persons registered for ECF.  All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served.

*/s/ Michael J. Shipley*

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: _____                      _____
                                                UNITED STATES DISTRICT COURT JUDGE